# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF TEXAS

## DALLAS DIVISION

| | |
|---|---|
| JUSTIN LEWIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 3:16-cv-01538-M<br>§<br>§<br>§<br>§<br>§ |

**APPENDIX TO DEFENDANT SOUTHWEST AIRLINES CO.'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| TABLE OF CONTENTS | | |
|---|---|---|
| **TAB** | **DESCRIPTION** | **APPENDIX NO.** |
| 1 | Declaration of CJ Beutler In Support Of Defendant's Motion For Summary Judgment | APP. 1-8 |
| 1A | Exhibit A to Beutler Declaration—Employment Application E-Mails | APP. 9-23 |
| 1B | Exhibit B to Beutler Declaration—Employment Application | APP. 24-35 |
| 1C | Exhibit C to Beutler Declaration—Consent to Request Consumer Report & Investigative Consumer Report Information | APP. 36-39 |
| 1D | Exhibit D to Beutler Declaration—Sterling Screen Shot | APP. 40-43 |
| 1E | Exhibit E to Beutler Declaration—Background Report | APP. 44-52 |
| 2 | Declaration of Alison S. Hightower and Request for Judicial Notice in Support of Defendant Southwest Airlines Co.'s Motion For Summary Judgment | APP. 53-58 |

| | | |
|---|---|---|
| 2A | Exhibit A to Hightower Declaration—FTC Response to FOIA 2015-01277 | APP. 59-65 |
| 2B | Exhibit B to Hightower Declaration—West Legal Forms, Employment §§ 1.47, 1.47.20, 1.48 | APP. 66-75 |

Dated this 13th day of April, 2017.

Respectfully submitted,

*/s/ Alison S. Hightower*
Rod M. Fliegel
*Admitted Pro Hac Vice*
Email: rfliegel@littler.com
Alison S. Hightower
*Admitted Pro Hac Vice*
Email: ahightower@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
415.433.1940
415.399.8490 (Fax)

Kimberly R. Miers
Texas State Bar No. 24041482
kmiers@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100
214.880.0181 (Fax)

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| JUSTIN LEWIS, on behalf of himself and all others similarly situated, § § § Plaintiff, § § CIVIL ACTION NO. 3:16-cv-01538-M v. § § SOUTHWEST AIRLINES CO., *et al.*, § § Defendants. § | |

## CERTIFICATE OF SERVICE

I certify that on April 13, 2017, I electronically filed the foregoing **APPENDIX TO DEFENDANT SOUTHWEST AIRLINES CO.'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Shaun Setareh, Esq.<br>Thomas Segal, Esq.<br>Alice Kim, Esq.<br>Setareh Law Group<br>9454 Wilshire Blvd., Suite 907<br>Beverly Hills, CA  90212<br>310.888.7771; 310.888.0109 (Fax) | Allen Ryan Vaught, Esq.<br>Melinda Arbuckle, Esq.<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>214.521.3605; 214.520.1181 (Fax) |

/s/ *Alison S. Hightower*
Rod M. Fliegel
*Admitted Pro Hac Vice*
Email: rfliegel@littler.com
Alison S. Hightower
*Admitted Pro Hac Vice*
Email: ahightower@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor

San Francisco, CA  94104
415.433.1940
415.399.8490 (Fax)
Attorneys For Defendant
SOUTHWEST AIRLINES CO.

Firmwide:146587472.1 081298.1020